Rosemary B. Schurman, WSBA 11451
Attorney for Plaintiff

05-CV-05812-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

FILED _____ LODGED
_____ RECEIVED

AUG 29 2006

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

JOHN W. HOLLAND,

    Plaintiff,

vs.

COMMISSIONER of Social Security,

    Defendant.

Civil No. C05-5812 KLS

STIPULATION FOR EAJA FEES &
AGREED ORDER

NOTE ON MOTION CALENDAR
August 28, 2006 *without oral argument*

    The parties herein, by and through their attorneys, David Johnson for the Commissioner and Rosemary B. Schurman for plaintiff, do hereby agree and stipulate that plaintiff is entitled to an award of attorneys' fees and expenses to be paid by the defendant pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412 because plaintiff has less than 2 million dollars in assets and is the prevailing party and the position of the United States in this litigation and at the agency level was not substantially justified. The parties further agree that an award of attorney's fees in the amount of $5,008.37 should be paid to plaintiff's attorney pursuant to an assignment by plaintiff, calculated at the rate of $ 157.50 per hour for 3.0 hours in 2005 and at the rate of $163.75 for 27.7 hours in 2006. Total hours of work on this case in Federal District Court equals 30.7. Expenses total $17.91. Total EAJA fees and expenses equal $5,026.28.

    This stipulation is based upon plaintiff's motion and affidavit for EAJA fees.

    Dated this 28, day of August, 2006.

Plaintiff's Motion , Affidavit & Proposed Stipulated
Order for EAJA Fees- C05-5812- page 6

Rosemary B. Schurman, WSBA 11451
Attorney at Law
8123NE 115 Way
Kirkland, WA 98034
425-821-8577/fax 425-821-5714

1 | Respectfully submitted,

2 | s/Rosemary B. Schurman
Rosemary Schurman, WSBA 11451
3 | Attorney for Plaintiff

4 | s/Rosemary B. Schurman (signed per authorization)
David R. Johnson, WSBA 22269
5 | Special Assistant US Attorney, OGC, SSA
Attorney for Defendant
6

7 | **ORDER**

8 | Based upon the foregoing stipulation of the parties and the Equal Access to Justice Act, it is

9 | hereby ordered that EAJA fees of $5,008.37 and expenses of $17.91, totaling $5,026.28 shall be paid to

10 | the order of Rosemary Schurman for work performed in this case in this Court.

11 | Dated this 29 day of August, 2006

12 |
13 | _____
UNITED STATES DISTRICT JUDGE
14 |

15 | Presented by:
s/Rosemary B. Schurman
16 | Rosemary Schurman, WSBA 11451
Attorney for Plaintiff
17 | 8123 NE 115 Way
Kirkland, WA 98034
18 | 425-821-8577
rbschurman@aol.com
19

20

21

22

23

24

25

Plaintiff's Motion, Affidavit & Proposed Stipulated
Order for EAJA Fees- C05-5812- page 7

Rosemary B. Schurman, WSBA 11451
Attorney at Law
8123NE 115 Way
Kirkland, WA 98034
425-821-8577/fax 425-821-5714